<u>Exhibit A</u>

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| The Penn Mutual Life Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Wayne H. Bursey, as trustee of the Charter Oak Trust; the Charter Oak Trust; J. Edward Waesche; and John Does 1-10,<br><br>Defendants. | Case No. 10-cv-01520-RNC<br><br>June 9, 2011 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff, The Penn Mutual Life Insurance Company, and Defendants, Wayne H. Bursey, as President of Nova Group, Inc., trustee of the Charter Oak Trust, the Charter Oak Trust, and J. Edward Waesche (the parties that have appeared in this action), hereby stipulate to the dismissal with prejudice of the above-styled action. Penn Mutual further voluntarily dismisses its action against Defendants John Does 1-10 pursuant to Rule 41(a). Pursuant to this Stipulation, each party is to bear its own costs and attorney's fees.

\* \* \*

DRINKER BIDDLE & REATH LLP

E.J. Robbin Greenspan (CT14788)
ROGIN NASSAU LLC   6/9/11
185 Asylum Street
Hartford, CT 06103-3460
Tel: (860) 278-7480
Fax: (860) 278-2179

James Hoffman
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
Tel: (215) 988-2700
Fax: (215) 988-2757

*Attorneys for The Penn Mutual Life Insurance Company*

FOX ROTHSCHILD LLP

Joseph M. Pastore, III (CT11431)
FOX ROTHSCHILD LLP
One Landmark Square, 21st Floor
Stamford, CT 06901
Tel: (203) 425-9500
Fax: (203) 425-9595

*Attorneys for Wayne H. Bursey, as President of Nova Group, Inc., trustee of the Charter Oak Trust, the Charter Oak Trust, and J. Edward Waesche*

## CERTIFICATION

      This is to certify that a copy of the foregoing was filed electronically this 9th day of June, 2011 and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF system.

      Joseph M. Pastore, III
Fox Rothschild LLP
One Landmark Square, 21st Floor
Stamford, CT 06901-2601
*Phone: 203-425-9500*
*Fax: 203-425-9595*

James A. Hoffman II, Esq.
John M. Bloor, Esq.
Drinker Biddle & Reath LLP
One Logan Square #2000
Philadelphia, PA 19103
*Phone: 215-988-2700*
*Fax: 215-988-2757*

                                  E.J. Robbin Greenspan